Certificate Number: 16339-PAW-DE-029168134

Bankruptcy Case Number: 17-21038



16339-PAW-DE-029168134

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2017, at 1:57 o'clock PM EDT, Roberta Williams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 29, 2017           By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor